**Opinion issued April 14, 2026.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-25-00884-CV**

———————————

**CHRISTINA KELLER, Appellant**

**V.**

**22HUNDRED APARTMENTS LTD, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1257796**

---

**MEMORANDUM OPINION**

Appellant Christina Keller filed her notice of appeal on October 21, 2025. *See* TEX. R. APP. P. 26.1. The clerk's record was timely filed on November 21, 2025, but the reporter's record was not. *See* TEX. R. APP. P. 4.1(a), 35.1. The same day, the Clerk of this Court notified appellant that she had not requested the reporter's

record or paid for it and warned the appeal could be decided without the reporter's record absent proof of payment, arrangements with the reporter, or an applicable exemption. *See* TEX. R. APP. P. 37.3(c). Appellant provided none. Accordingly, the Court ordered that it would consider only issues not requiring a reporter's record and ordered appellant to file her brief in 30 days. *See id* 37.3(c), 38.6(a).

Appellant did not file her brief by the deadline. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief). We warned appellant that we would dismiss the appeal absent a reasonable explanation for the failure to file a brief. *See id*. Appellant did not respond as we requested. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal in accordance with Texas Rule of Appellate Procedure 42.3(b)–(c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Guiney.